IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| Di Wu,<br><br>Plaintiff,<br><br>vs.<br><br>KING EYE LLC, a Delaware limited liability company; *et al.*,<br><br>Defendants. | Civil No. 1:26-cv-00350-DKW-WRP<br><br>**DECLARATION OF REX Y. FUJICHAKU** |

**DECLARATION OF REX Y. FUJICHAKU**

I, REX Y FUJICHAKU, declare and state as follows:

1. I am a partner at the law firm Bronster Fujichaku Robbins, attorneys for Defendant King Eye LLC. I am admitted to practice before all courts in the State of Hawaii.

2. I submit this declaration in support of the forgoing *Defendant King Eye LLC's Motion To Dismiss Plaintiff's First Amended Complaint, Filed August 18, 2026*.

3. Pursuant to Rule 201 of the Federal Rules of Evidence, King Eye respectfully requests the Court to take judicial notice of the files and records in *Wu v. Zhang*, Civil No. 1CCV-22-0000964, First Circuit Court of the State of Hawaii (the "***State Court Action***").

4. Attached as Exhibit "1" is a true and correct copy of the *Second Amended Verified Complaint* filed July 21, 2023 [Dkt. 236]) in the State Court Action.

5. Attached as Exhibit "2" is a true and correct copy of Defendant Zhang's *Motion for Summary Judgment* filed August 30, 2024 [Dkt. 507]) in the State Court Action.

6. Attached as Exhibit "3" is a true and correct copy of the *Findings of Fact, Conclusions of Law and Order Granting Defendant Zhang's Motion for Summary Judgment* entered on October 30, 2024 [Dkt. 547] in the State Court Action.

7. Attached as Exhibit "4" is a true and correct copy of the *Final Judgment* filed February 17, 2026 [Dkt. 693] in the State Court Action.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, September 1, 2026.

*/s/ Rex Y. Fujichaku*
REX Y. FUJICHAKU