# EXHIBIT 4

CARLSMITH BALL LLP

JOHN P. MANAUT 3989
STEVEN M. EGESDAL 4451
KAI WANG 7319
1001 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone No. (808) 523-2573
JPM@carlsmith.com
segesdal@carlsmith.com
kwang@carlsmith.com

Attorneys for Defendant
DAN DAN ZHANG AKA DANDAN ZHANG

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-22-0000964**
**17-FEB-2026**
**05:06 PM**
**Dkt. 693 FJ**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| DI WU<br><br>Plaintiff/Counterclaim-Defendant<br><br>vs.<br><br>DAN DAN ZHANG AKA DANDAN ZHANG; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE ENTITIES 1-10; AND ALL PERSONS UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN SAID REAL PROPERTY DESCRIBED IN THIS COMPLAINT,<br><br>Defendants/Counterclaimant | CIVIL NO. 1CCV-22-0000964<br><br>**FINAL JUDGMENT**<br><br>**Please see the Court's changes in red.<br><br>JUDGE: HON. TARYN R. TOMASA<br>TRIAL DATE: NONE SET |

**FINAL JUDGMENT**

Pursuant to Haw. R. Civ. P 54(a), 54(b), 56 and 58, **Final Judgment** is hereby entered over Plaintiff's Objection [Dkt. 689] in favor of Defendant/Counterclaimant Dan Dan Zhang aka Dandan Zhang's ("**Defendant**") and against Plaintiff Di Wu ("**Plaintiff**") dismissing with prejudice all claims and issues alleged and asserted in Plaintiff's Second Amended Verified Complaint, filed July 21, 2023 [Dkt. 236] ("**SAC**"), in accordance with this Court's following rulings:

1) Findings of Fact, Conclusions of Law, and Order Granting Defendant Zhang's Rule 12(B)(6) Motion to Partially Dismiss Complaint With Prejudice, filed November 3, 2022 [Dkt. 43];

2) Findings of Fact, Conclusions Of Law And Order Granting Defendant Dan Dan Zhang Aka DanDan Zhang's Motion for Order To Expunge Amended Notice of Pendency Of Action and Second Amended Notice of Pendency Of Action, filed March 12, 2024 [Dkt 359]; filed May 20, 2024 [Dkt. 435];

3) Findings of Fact, Conclusions of Law and Order Granting Defendant Dan Dan Zhang aka Dandan Zhang's Motion for Summary Judgment, filed August 30, 2024 [Dkt. 507], filed October 30, 2024 [Dkt. 547], dismissing with prejudice all of Plaintiffs claims and issues asserted in 14 separate Counts alleged in the SAC against Defendant;

4) Order Granting in Part and Denying in Part Defendant Dan Dan Zhang's Motion for Order to Show Cause and Contempt, Filed May 15, 2025 [Dkt. 580], filed July 16, 2025 [Dkt. 626] and awarding sanctions in favor of Defendant in the amount of $21,951.30.

5) Order Granting Defendant Dan Dan Zhang's Motion to Voluntarily Dismiss First Amended Counterclaim [Dkt. 394] Without Prejudice Under Haw. R. Civ. P. 41(a)(2), filed July 3, 2025 [Dkt. 623], and Disposing of Plaintiff Di Wu's Emergency Motion to Vacate Order, for Recusal of Judge Tomasa, and for Relief from Fraudulent Proceedings, filed June 26, 2025 [Dkt. 612], filed August 21, 2025 [Dkt. 665].

This is a **Final Judgment** against Plaintiff by dismissal with prejudice of all claims and issues raised in all 14 Counts of Plaintiff's SAC and in favor of Defendant, as the prevailing party in this action. Defendant is awarded $21,951.30. No other parties, claims, counterclaims, or issues remain for further adjudication and there is no just reason for delay. Any and all claims, if any, are hereby dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, February 17, 2025.

*/s/ Taryn R. Tomasa*

JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

Di Wu
Plaintiff *Pro Se*