IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

Di Wu,

Plaintiff,

vs.

KING EYE LLC, a Delaware limited liability company; *et al.*,

Defendants.

Civil No. 1:26-cv-00350-DKW-WRP

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct file-marked copy of the foregoing was served on all parties via U.S. Mail on the date indicated below.

DI WU
2995 Woodside Road, Apt. 199
Woodside, CA 94092
Plaintiff *Pro Se*

DATED: Honolulu, Hawai‘i, September 1, 2026.

*/s/ Rex Y. Fujichaku*
REX Y. FUJICHAKU
DANIEL J. COMER

Attorneys for Defendant
KING EYE LLC