IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DI WU,<br><br>Plaintiff,<br><br>vs.<br><br>KING EYE LLC, a Delaware limited liability company; KOOHOOHALE LLC, a Delaware limited liability company registered in Hawai'i; DANDAN ZHANG, an individual; TIM MO, an individual; SHI CHEN, an individual; and DOES 1-10,<br><br>Defendants. | Civil No.: 1:26-cv-00350-DKW-WRP<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing will be duly served upon the following parties via CM/ECF, addressed as follows:

DI WU
Difinity812@gmail.com

Plaintiff Pro Se

DATED: Honolulu, Hawaii; November 10, 2026.

*/s/ Charles A. Price*
CHARLES A. PRICE
Substituting Attorney for Defendant
KING EYE LLC